Samuel Dorf and Edward Wolfson, trading as Dorf Printing Company, appellant, v. J. M. Brody and Frank Raffle, trading as Brody & Raffle Company, appellee. Gen. No. 34,387.

Heard in the third division of this court for the first district at the June

term, 1930. Opinion filed March 11, 1931.

Goebel & Schatz, for appellant. Maurice Yates Cohen, for appellee.

Mr. Justice Friend delivered the opinion of the court.